ORIGINAL

FILED
CLERK, U S DISTRICT COURT

JAN 21 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

JAN 24 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CV04-9947-R |
| Plaintiff, | ) | CR97-1078-LEW |
| vs. | ) | ORDER |
| JUAN MANUEL REGALADO, | ) | |
| Defendant. | ) | |

    Defendant JUAN MANUEL REGALADO moves the Court to allow a late filing of a motion pursuant to 28 U.S.C. §2255 because his conviction was final more than one (1) year before the filing of this motion. He grounds his motion on newly discovered evidence. Nowhere in his motion papers does he indicate any evidence that is newly discovered.

    His only claim is the ineffective assistance of counsel in not raising in 1997 what is now recognized as a claim under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000) and followed by <u>Blakely v. Washington</u>, 542 U.S. ___, 124 S.Ct. 2531 (2004) and <u>U.S. v. Booker</u>, 543 U.S. ___ (2005).

    Apprendi (supra) is not applicable to his claim. He is foreclosed under Booker. He has no good cause for his delay.

    The motion is denied. His motion pursuant to 28 U.S.C. §2255 is also denied.

DATED: January 21, 2005.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).